UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHETT RIVIERE :
:
-vs- : C. A. No.
:
NORTHSTAR MARINE SYSTEMS, INC. : CA 05 065

PETITION FOR REMOVAL

Northstar Marine Systems, Inc., defendant in the above-entitled cause, for the purpose of removing this cause of action to the United States District Court for the District of Rhode Island, states:

1. State Court Action. This is an action filed on or about January 31, 2005, in the Superior Court, County of Washington, State of Rhode Island, being numbered C.A. 04-775, on the docket of said court and being a suit by plaintiff, Rhett Riviere, against defendant.

2. Federal Jurisdiction. The complaint relates to a marine contract which involved worked performed by defendant on a sailing vessel owned by plaintiff. Accordingly, this court has original jurisdiction over all matters relating to the maritime contract pursuant to 28 U.S.C. §1333.

3. Timeliness of Removal Petition. Defendant Northstar Marine Systems, Inc. was served with a copy of the complaint on February 2, 2005. Removal of this action is, therefore, timely under 28 U.S.C. §1446(b).

4. Relief Requested. Defendant respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

2

Defendant
By Its Attorneys,

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

To: Peter J. Brockmann, Esquire
77 Narragansett Avenue
Jamestown, RI 02835

CERTIFICATION

I hereby certify that a copy of the within Petition for Removal was sent to the above counsel of record on February 17, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHETT RIVIERE :
:
-vs- : C. A. No.
:
NORTHSTAR MARINE SYSTEMS, INC. :

LOCAL RULE 36(b) STATEMENT

Pursuant to Local Rule 36(b) and General Order 2003-01, attached hereto are certified copies of the State Court records of proceedings, including a certified copy of the State Court docket entries in the matter of Rhett Riviere v. Northstar Marine Systems, Inc.

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
Attorneys for Defendant
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

To: Peter J. Brockmann, Esquire
77 Narragansett Avenue
Jamestown, RI 02835

CERTIFICATION

I hereby certify that a copy of the within was sent to the above counsel of record on February 17, 2005.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 02/17/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: WC2004 0775 TYPE CONTRACT DAMAGES
TITLE: RHETT RIVIERE VS NORTHSTAR MARINE SYSTEMS INC
FILING DATE: 12-22-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| NORTHSTAR MARINE SYSTEMS INC | BDF | Unknown,Attorney | AOR |
| RIVIERE,RHETT | PLF | Brockmann,Peter J | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

BW 02-09-2005
SUMMONS,PROOF OF SERVICE FILED
NORTHSTAR MARINE SYSTEMS INC
CAR 02-17-2005
NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

True Copy Attest
C. R. [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

RHETT RIVIERE :

-vs- : C. A. No. 04-775

NORTHSTAR MARINE SYSTEMS, INC. :

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.
05 FEB 17 AM 11:07

## NOTICE OF REMOVAL

To: Rhett Riviere
By and Through his Attorney of Record
Peter J. Brockmann, Esquire
77 Narragansett Avenue
Jamestown, RI 02835

PLEASE TAKE NOTICE that on the 17th day of February, 2005, this action was removed from the Superior Court, Washington County, State of Rhode Island, to the United States District Court for the District of Rhode Island. A copy of the Petition for Removal filed in the United States District Court is attached hereto.

Northstar Marine Systems, Inc.
By Its Attorney

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

To: Peter J. Brockmann, Esquire
77 Narragansett Avenue
Jamestown, RI 02835

## CERTIFICATION

I hereby certify that a copy of the within Notice of Removal was sent to the above counsel of record on February 17, 2005.

# State of Rhode Island and Providence Plantations

SUPERIOR COURT

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.

[ ] PROVIDENCE /BRISTOL [ ] KENT 05 FEB -9 AM 8:48 [X] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE NO. 04-775

RHETT RIVIERE
Plaintiff

vs.

NORTHSTAR MARINE SYSTEMS, INC.
Defendant

*Summons*

NORTHSTAR MARINE SYSTEMS, INC.
C/O Mark A. McSally, Esq.
Registered Agent
146 Westminster Street, Suite 500
Providence, RI

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said superior court in the county indicated above. You are hereby summoned and required to serve upon Peter J. Brockmann, Esq. Plaintiff's attorney, whose address is 77 Narragansett Avenue, Jamestown, RI 02835 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 1.31.05

(Seal of the Superior Court)

True Copy Attest
C. R. Chapman [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

X Sylvia Limosian [signature]

**STATE OF RHODE ISLAND**
**WASHINGTON, SC.**

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR
04 DEC 22 PM 2:00

**SUPERIOR COURT**

| | | |
|---|---|---|
| **RHETT RIVIERE** | : | **Civil Case No.:** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **Northstar Marine Systems, Inc** | : | |
| **Defendant** | : | |

**VERIFIED COMPLAINT**

1. The Plaintiff, Rhett Riviere, is an individual whose principal residence is at 1011 South Boundry St. S.E., Aiken, South Carolina.

2. The Defendant, Northstar Marine Systems, Inc., is a corporation organized under the laws of the State of Rhode Island with a principal place of business in Narragansett, Rhode Island.

3. At all times pertinent hereto the Plaintiff was the owner of the S/V "FAR HORIZONS", an auxiliary powered sailing vessel.

4. In or about March 2003, the Plaintiff engaged the services of the Defendant to undertake and perform the installation and/or repair of certain electrical and mechanical systems on the S/V "FAR HORIZONS".

COUNT 1

Breach of Contract

5. The Plaintiff hereby incorporates above paragraphs 1 through 4 inclusive as if fully set forth and realleged herein.

6. The Plaintiff's decision to engage the services of the Defendant was based upon certain express representations made by Paul Connolly, an officer of the Defendant, regarding the qualifications of the Defendant and its employees, agents and/or

True Copy Attest
C. R. Chapman
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

subcontractors to undertake and fully perform such services in a professional workmanlike and timely manner.

7. Pursuant to and based upon such representations of the Defendant, the Plaintiff entered into a verbal agreement whereby the Defendant was engaged to perform the installation and/or repair of certain electrical and mechanical systems.

8. As part of said verbal agreement the Defendant expressly and/or impliedly represented and warranted that all such necessary work would be performed in a timely, diligent professional workman like manner and that such work would be of yacht quality commensurate with the rebuilding of the vessel being separately undertaken by the Plaintiff through third parties.

9. The Defendant breached the terms of the verbal agreement and in so doing breached the representations and warranties regarding the workmanlike, professional and timely performance of the work and services to be performed upon the Plaintiff's vessel S/V "FAR HORIZONS" in that:

a. the work and services were not performed in a professional workmanlike manner as warranted;

b. the work and services were not performed in a timely manner as warranted;

c. the work and services were not properly performed and were required to be redone by other contractors;

d. the amount of time billed by the Defendant and the charges for same paid by the Plaintiff were greatly in excess of the value and amount of work and services actually provided;

e. a substantial portion of the work and services provided was defective; and

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

f. a substantial portion of the work and services agreed to be provided by the Defendant within a reasonable time period were never performed and/or never performed properly and the Plaintiff was required to hire third parties to complete same at greater expense and substantial delays and inconvenience to the Plaintiff.

10. During the period between March, 2003 and July, 2004 the Defendant billed the Plaintiff for approximately 576 hours of work and services allegedly performed for which the Plaintiff paid the Defendant over $29,650.00.

11. Despite repeated requests by the Plaintiff to the Defendant for a full and complete accounting of the time spent, the work and services performed and the charges made therefore, the Defendant has failed, neglected and/or refused to provide same.

12. As a result of the Defendant's breach of the services contract, the Plaintiff has sustained monetary damages including but not limited to expenses incurred to redo the work improperly performed by the Defendant.

WHEREFORE, the Plaintiff demands a judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Court, for his fees, costs and expenses incurred in bringing this suit and for such other and further relief as this Honorable Court deems just and proper.

COUNT II

Intentional Deceit / Misrepresentation

13. The Plaintiff hereby incorporates above paragraphs 1 through 12 inclusive as if fully set forth and realleged herein.

14. In inducing the Plaintiff to enter into the contract, the Defendant made a representation(s) to the Plaintiff that the Defendant knew or should have known was false.

15. The Plaintiff justifiably relied upon said representation(s) of the Defendant.

True Copy Attest

C. R. C[signature]

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

16. As a result, the Plaintiff has suffered damages.

WHEREFORE, the Plaintiff demands a judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Court, for his fees, costs and expenses incurred in bringing this suit, for punitive damages and for such other and further relief as this Honorable Court deems just and proper.

COUNT III

Fraud / Misrepresentation

17. The Plaintiff hereby incorporates above paragraphs 1 through 12 inclusive as if fully set forth and realleged herein.

18. The Defendant's invoices issued to the Plaintiff and for which the Plaintiff has made payment to the Defendant include labor hours and charges and/or material costs that are misrepresented in that they are grossly excessive and not in accordance with the true facts.

19. In justifiable reliance upon said invoices, the Plaintiff has made payment to the Defendant in the amount of over $29,650.00.

20. As a result, the Plaintiff has suffered damages.

WHEREFORE, the Plaintiff demands a judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Court, for his fees, costs and expenses incurred in bringing this suit, for punitive damages and for such other and further relief as this Honorable Court deems just and proper.

COUNT IV

Unjust Enrichment

21 The Plaintiff hereby incorporates above paragraphs 1 through 12 inclusive as if fully set forth and realleged herein.

True Copy Attest
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

22. In making payment to the Defendant of approximately $29,650.00, the Plaintiff conferred a benefit upon the Defendant.

23. The Defendant has accepted, received and retained the entire said amount paid by the Plaintiff.

24. Said enrichment to the Defendant under the circumstances is unjust and inequitable.

WHEREFORE, the Plaintiff demands a judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Court, for his fees, costs and expenses incurred in bringing this suit, for punitive damages and for such other and further relief as this Honorable Court deems just and proper.

COUNT V

Violation of R.I.G.L. §6-13.1-1 Et Seq.

25. The Plaintiff hereby incorporates above paragraphs 1 through 12 inclusive as if fully set forth and realleged herein.

26. With respect to his dealings with the Defendant, the Plaintiff is a consumer within the meaning of R.I.G.L. §6-13.1-1 et seq.

27. With respect to its dealings with the Plaintiff, the Defendant was engaged in trade and/or commerce as those terms are defined in R.I.G.L. §6-13.1-1(4).

28. The Defendant represented to the Plaintiff that the Defendant's goods and/or services would be of a particular standard, quality or grade when in fact they were of another standard, quality and/or grade.

29. With respect to its dealings with the Plaintiff, the Defendant engaged in conduct that created a likelihood of confusion or of misunderstanding.

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

30. With respect to its dealings with the Plaintiff, the Defendant engaged in acts and/or practices that are unfair and/or deceptive to the Plaintiff.

31. With respect to its dealings with the Plaintiff, the Defendant represented to the Plaintiff that work had been performed when in fact the work was not performed.

31. The aforementioned conduct and/or omissions of the Defendant constitute unfair and/or deceptive acts or practices in the conduct of trade and/or commerce and are unlawful.

32. As a result, the Plaintiff has suffered and continues to suffer damages.

WHEREFORE, the Plaintiff demands a judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Court, for his fees, costs and expenses incurred in bringing this suit, for punitive damages and for such other and further relief as this Honorable Court deems just and proper.

THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

By: Rhett Riviere
Rhett Riviere

STATE OF Massachusetts
COUNTY OF Suffolk

In Boston, Mass., Suffolk County on the 17 day of December, 2004, before me personally appeared Rhett Riviere, to me known and known by me to be the party who signed this Verified Complaint and he made oath that the facts contained herein so far as stated upon his knowledge are true and accurate.

Susan M. Hurst
Notary Public

My Commission expires: March 11, 2005

True Copy Attest
C. R. Chruf

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

Attorney for the Plaintiff:

Peter J. Brockmann, Esq. #4355
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, Rhode Island 02835
401-423-1969
401-633-6143 fax
pbrockmann@cox.net

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.

04 DEC 22 PM 2:00

Case * (Filled in by Clerk's Office)

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office. If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will then be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| RHETT RIVIERE | NORTHSTAR MARINE SYSTEMS, INC. |

NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)

**District Court Appeal** ☐ Yes (check type below)

☐ AGA Agency appeal
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CIC Criminal inj. compensation
☐ CLA Common law assignment
☐ CLL Common law lien
☒ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CRJ Civil Rights Job Discrimination
☐ DEJ Declaratory judgment
☐ DIN Recovery of damages/insurance
☐ DOJ Debt on judgment
☐ DPC Denial of probate claim
☐ Other than above (specify type):
☐ DTP Deceptive trade practice
☐ EXT Excessive tax
☐ FOR Forfeiture
☐ FRJ Foreign Judgment
☐ IDV Personal inj./property dam-vehicle
☐ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ PDM Property damage
☐ PDV Property damage / vehicle
☐ PER Personal injury
☐ PIV Personal injury-vehicle
☐ PRL Product liabilty
☐ PRN Promissory note
☐ PRT Partition
☐ RIC Reinstate charter
☐ RLP Real property
☐ ROF Recovery of funds
☐ SAB Sexual abuse
☐ SPP Specific performance
☐ SXH Sexual harassment
☐ TAE Trespass and ejectment
☐ TCO Title clearing (other than tax title)
☐ TCT Trustee/appt convey title
☐ TRA Trustee/accounting
☐ UNM Uninsured motorist
☐ WOM Mandamus. Writ of
☐ WOR Replevin, Writ of
☐ WRD Wrongful death

MISCELLANEOUS PETITIONS

☐ AOD Assessment of damages
☐ AOS Trustee successor
☐ AOT Trustee / appointment of
☐ ARA Arbitration award
☐ CAR Arbitration /confirm
☐ CFC Confirm compromise
☐ CND Condemnation
☐ CNT Contempt
☐ DOC Dissolution of corp.
☐ DOT Trustee / declination of
☐ DSC Disclaimer
☐ Other than above (specify type):
☐ EDP End partnership
☐ FOC Forfeiture of charter
☐ FRR Forclosure of right redemption
☐ GJI Grand jury investigation
☐ HAC Habeas corpus
☐ LCN Level of community notification
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PCR Post conviction relief
☐ PFC Petition for constable
☐ PFI Petition for immunity
☐ PFR Petition for review
☐ PFS Perform surgery
☐ PIN Pet for inventory (wire tap)
☐ PTD Pet to take deposition
☐ PTE Petition to expunge
☐ R5A Rule 5A petition
☐ REC Receivership
☐ RTA Arbitration referral
☐ SVP Sexually violent predator petition
☐ TCL Title clearing (tax title)
☐ TLF Foreclosure / tax lien
☐ VAR Arbitration / vacate

PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change
☐ Other than above (specify type):

Is this a case that may require a trial for resolution? ☒ Yes ☐ No If Yes: ☒ Juror ☐ Non-jury

( Attorney name and Registration # Peter J. Brockmann, Esq. #4355 [signature] 12/20/04 (Date)

Pro se/Name ____________________

True Copy Attest: [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

C-223 (Rev. 11/00)