UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHETT RIVIERE | : | CA 05 065 T |
| -vs- | : | C. A. No. |
| | : | |
| NORTHSTAR MARINE SYSTEMS, INC. | : | |

DEFENDANT'S ANSWER

1. Defendant is without sufficient knowledge or information so as to be able to either admit or deny the allegations contained in this paragraph.

2. Admitted.

3. Admitted.

4. Admitted.

COUNT I

5. Defendant hereby realleges and incorporates herein by reference its answers to paragraphs 1 through 4.

6. Defendant is without sufficient knowledge or information so as to be able to either admit or deny the allegations contained in this paragraph.

7. Defendant admits that a verbal agreement for the installation and/or repair of certain electrical and mechanical systems was entered into. The remaining allegations are denied.

8. Denied.

9. Denied.

10. Defendant admits that it did bill for services rendered. The amount actually billed for this period is subject to further review.

11. Denied.

12. Denied.

WHEREFORE, defendant demands that plaintiff's complaint be denied and dismissed and that judgment be entered for its costs.

3

COUNT II

13. Defendant hereby realleges and incorporates herein by reference its answers to paragraphs 1 through 12.

14. Denied.

15. Denied.

16. Denied.

WHEREFORE, defendant demands that plaintiff's complaint be denied and dismissed and that judgment be entered for its costs.

COUNT III

17. Defendant hereby realleges and incorporates herein by reference its answers to paragraphs 1 through 16.

18. Denied.

19. Denied.

20. Denied.

WHEREFORE, defendant demands that plaintiff's complaint be denied and dismissed and that judgment be entered for its costs.

COUNT IV

21. Defendant hereby realleges and incorporates herein by reference its answers to paragraphs 1 through 20.

22. Denied.

23. Denied.

24. Denied.

WHEREFORE, defendant demands that plaintiff's complaint be denied and dismissed and that judgment be entered for its costs.

COUNT V

25. Defendant hereby realleges and incorporates herein by reference its answers to paragraphs 1 through 24.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

31. Denied.

32. Denied.

WHEREFORE, defendant demands that plaintiff's complaint be denied and dismissed and that judgment be entered for its costs.

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

COUNTERCLAIM

1. In 2004 plaintiff and defendant entered into a verbal agreement whereby defendant was engaged to perform certain electrical installation and repairs on the S/V Far Horizons.

2. Defendant performed the agreed-upon work on the S/V Far Horizons during the period of March through June of 2004.

3. At the present time there are outstanding invoices for the aforesaid repairs including material and labor in the amount of $17,620.98.

4. Defendant made demand upon the plaintiff for the payment of $17,620.98, and no part of this amount has been paid.

5. Defendant has been damaged based upon the plaintiff's failure to pay and is entitled to an award of its damages plus interest, costs, and attorney's fees.

WHEREFORE, defendant prays for a judgment against the plaintiff in an amount sufficient to compensate it for its loss plus interest, costs, and attorney's fees and for such other relief as this court deems just and proper.

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

To: Peter J. Brockmann, Esquire
77 Narragansett Avenue
Jamestown, RI 02835

CERTIFICATION

I hereby certify that a copy of the within Answer was sent to the above counsel of record on February 17, 2005.