**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHETT RIVIERE** | : | **Civil Case No.: 05-65 T** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **Northstar Marine Systems, Inc** | : | |
| **Defendant** | : | |

**REPLY TO COUNTERCLAIM**

1. Denied.

2. Denied.

3. Denied.

4. Admitted.

5. Denied.

WHEREFORE, the Plaintiff demands that the Defendant's Counterclaim be denied and dismissed and that judgment be entered for its fees and costs.

RHETT RIVIERE
By his attorney,

Peter J. Brockmann, Esq. #4355
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, Rhode Island 02835
401-423-1969
401-633-6143 fax
pjb@brocklaw.net

CERTIFICATION

The undersigned hereby certifies that a true and accurate copy of the within was mailed via first class mail, postage prepaid to Mark A. McSally, Esq., Kelly, Kelleher, Reilly &



4

Simpson 28 Caswell Street Narragansett, Rhode Island 02882 on this 23 day of February, 2005.