UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHETT RIVIERE :
:
-vs- : C. A. No. 05-65T
:
NORTHSTAR MARINE SYSTEMS, INC. :

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION

All claims and counterclaims are dismissed with prejudice; no interest; no costs.

Date: 6.7.05

PETER J. BROCKMANN - #4355
Brockmann & Associates, Ltd.
Attorneys for Plaintiff
77 Narragansett Avenue
Jamestown, RI 02835
(401) 423-1969
FAX: 633-6143

Date: 6-23-05

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
Attorneys for Defendants
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 7/5/05